# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY KAROL ROWELL,<br><br>    Plaintiff,<br><br>v.<br><br>MEDICREDIT, INC.,<br><br>    Defendant. | Case No. 1:17-cv-05546<br><br>Honorable Judge Edmond E. Chang |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KIMBERLY KAROL ROWELL, and the Defendant, MEDICREDIT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against MEDICREDIT, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 11, 2017             Respectfully Submitted,

**KIMBERLY KAROL ROWELL**      **MEDICREDIT, INC.**

/s/ Taxiarchis Hatzidimitriadis      /s/ Megan D. Meadows (*with consent*)
Taxiarchis Hatzidimitriadis           Megan D. Meadows
*Counsel for Plaintiff*               *Counsel for Defendant*
Sulaiman Law Group, LTD       Spencer Fane LLP
2500 S. Highland Avenue, Suite 200   1 North Brentwood Blvd., Suite 1000
Lombard, Illinois 60148           St. Louis, MO 63105
Phone: (630) 575-8181            Phone: (314) 863-7733
Fax :( 630) 575-8188             'mmeadows@spencerfane.com'
thatz@sulaimanlaw.com